SHEAKLEY & KENNEDY BROTHERS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 6282. Promulgated August 23, 1927.

*John C. Loeffler, Esq.,* for the petitioner.
*James A. O'Callaghan, Esq.,* for the respondent.

SMITH: This is a proceeding for the redetermination of a deficiency in income and profits tax for the years 1918 and 1919 in the respective amounts of $53.54 and $189.33. All issues raised by the petitioner were waived at the hearing except that as to the March 1, 1913, value of a certain building for the purpose of computing depreciation for the taxable years.

### FINDINGS OF FACT.

The petitioner is an Iowa corporation with its place of business at New Hampton. It was incorporated in 1908 and acquired a building which was theretofore owned by a partnership and used as a department store building. This building was erected in 1901 at a cost of approximately $25,000. The building was owned by the petitioner in 1918 and 1919. It is a two story building of brick construction 78 feet by 125 feet, with three brick partition walls running the entire length of the building. ·

The useful life of the building at March 1, 1913, was 40 years. The fair market value of the building at March 1, 1913, was $32,000. The allowance for depreciation for 1918 and 1919 should be recomputed accordingly.

*Judgment will be entered on 15 days' notice, under Rule 50.*

Considered by LITTLETON.